STEPHEN L. DAVIS (State Bar No. 149817)
MARK R. LEONARD (State Bar No. 219186)
DAVIS & LEONARD, LLP
8880 Cal Center Drive, Suite 180
Sacramento, California 95826
Telephone:  (916) 362-9000
Fax:  (916) 362-9066
E-mail:  mleonard@davisandleonard.com

Attorneys for Defendant
Sally Edwards dba Heart Zones USA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEART ZONES EDUCATION, LLC, an Oregon limited liability company; DEVE SWAIM, an individual<br><br>　　　Plaintiffs,<br><br>　v.<br><br>SALLY EDWARDS, individually and doing business as HEART ZONES USA,<br><br>　　　Defendant.<br><br>SALLY EDWARDS, individually and doing business as HEART ZONES USA,<br><br>　　　Counterclaimant,<br><br>　v.<br><br>HEART ZONES EDUCATION, LLC, an Oregon limited liability company; DEVE SWAIM, an individual,<br><br>　　　Counter-Defendants. | CASE NO. 2:10-CV-00432-GEB-EFB<br><br>[PROPOSED] VDRP REFERRAL ORDER |

Case 2:10-cv-00432-GEB-EFB   Document 9   Filed 05/10/10   Page 2 of 2

1    Pursuant to the stipulation of the parties, filed March 1, 2010, this case is referred
2  to the Court's Voluntary Dispute Resolution Program.
3    5/7/10
4    _____
5    GARLAND E. BURRELL, JR.
     United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
2

VDRP REFERRAL ORDER